FILED

03/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0250

_____

CED WHEATLAND WIND, LLC,

      Petitioner and Appellant,

   v.

THE MONTANA DEPARTMENT OF PUBLIC
SERVICE REGULATION, MONTANA PUBLIC
SERVICE COMMISSION and NORTHWESTERN
CORPORATION d/b/a NORTHWESTERN ENERGY,

      Respondents and Appellees.

_____

CED TETON COUNTY WIND, LLC, and
CED PONDERA WIND, LLC,

      Petitioners and Appellants,

   v.

                           O R D E R

THE MONTANA DEPARTMENT OF PUBLIC
SERVICE REGULATION, MONTANA PUBLIC
SERVICE COMMISSION and NORTHWESTERN
CORPORATION d/b/a NORTHWESTERN ENERGY,

      Respondent and Appellees,

  and

THE MONTANA CONSUMER COUNSEL,

      Respondent-Intervenor and Appellee.

_____

This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2022